1  Jinny Kim, State Bar No. 208953
   Tamika L. Butler, State Bar No. 269576
2  The LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
3  180 Montgomery Street, Suite 600
   San Francisco, CA 94104
4  Telephone:  (415) 864-8848
   Facsimile:   (415) 593-0096
5  Emails:      jkim@las-elc.org
6               tbutler@las-elc.org

7  Attorneys for Plaintiff-Intervener
   JERRY GALLON
8

**FILED**

SEP - 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE NORTHIMN DISTRICT OF CALIFORNIA

11

12 | U.S. EQUAL EMPLOYMENT         | Case No. CV 11-4498
   | OPPORTUNITY COMMISSION,       |
13 |                                |
   |       Plaintiff,               | **PROOF OF SERVICE**
14 |                                |
   |   v.                           |
15 |                                |
   | MERRITT BAKERY AND RESTAURANT  |
16 |                                |
   |       Defendant.               |
17 |                                |

Proof of Service, Case # 11-4468 EDL                                    1

I, Mary Broughton, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of THE LEGAL AID SOCEITY – EMPLOYMENT LAW CENTER, and my business address is 180 Montgomery Street, 6th Floor, San Francisco, California, 94104.

On September 8, 2011, I served the following documents:

**\*NOTICE OF MOTION AND MOTION TO INTERVENE;**
**\*MEMORANDUM IF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE;**
**\*DECLARATION OF JINNY KIM IN SUPPORT OF MOTION TO INTERVENE;**
**\*[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on September 8, 2011 in San Francisco, California.

Mary Broughton

Dated: September 8, 2011

Proof of Service, Case # 11-4468 EDL                                2