Jinny Kim, State Bar No. 208953
Tamika L. Butler, State Bar No. 269576
The LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:  (415) 864-8848
Facsimile:   (415) 593-0096
Emails:       jkim@las-elc.org
                  tbutler@las-elc.org

Attorneys for Plaintiff-Intervenor
JERRY GALLON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>               Plaintiff,<br><br>         v.<br><br>MCKINNEY GRIFF., INC., THE MERRITT RESTAURANT, INC., MERRITT BAKERY CAFÉ, LLC dba MERRITT RESTAURANT & BAKERY<br><br>               Defendants. | Case No. CV 11-4468 EDL<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>DATE: November 8, 2011<br>TIME:  9:00 a.m.<br>LOCATION:  Courtroom E, 15th Floor<br><br>The Honorable Elizabeth D. Laporte |

TO EACH PARTY AND ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on November 8, 2011 at 9:00 a.m. in Courtroom E, or as soon thereafter as the matter may be heard, the aggrieved party, JERRY GALLON, will and now does hereby move this Court under Federal Rule of Civil Procedure 24(a)(1) for leave to intervene in the above-referenced action as a party Plaintiff.

This motion is brought in order that Mr. Gallon might assert the claims set forth in his proposed Complaint in Intervention, a copy of which is attached as Exhibit A to the Declaration of Jinny Kim in Support of the Motion to Intervene, filed concurrently herewith.  Further, this

motion is brought on the grounds that Mr. Gallon has an unconditional right to intervene pursuant to Federal Rule of Civil Procedure 24(a) and 42 U.S.C. § 2000e-5(f).

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Jinny Kim with the attached Complaint in Intervention, and the previously filed First Amended Complaint filed by the U.S. Equal Employment Opportunity Commission.

Dated:  September 20, 2011                    Respectfully submitted,

                                                  Jinny Kim
                                                  Tamika L. Butler
                                                  The LEGAL AID SOCIETY –
                                                      EMPLOYMENT LAW CENTER

                           By:    /s/ Jinny Kim
                                   JINNY KIM