1  Jinny Kim, State Bar No. 208953
   Tamika L. Butler, State Bar No. 269576
2  The LEGAL AID SOCIETY –
      EMPLOYMENT LAW CENTER
3  180 Montgomery Street, Suite 600
   San Francisco, CA 94104
4  Telephone:  (415) 864-8848
   Facsimile:   (415) 593-0096
5  Emails:       jkim@las-elc.org
6                    tbutler@las-elc.org

7  Attorneys for Plaintiff-Intervenor
   JERRY GALLON
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | U.S. EQUAL EMPLOYMENT          | Case No. CV 11-4468  EDL
   | OPPORTUNITY COMMISSION,        |
13 |                                |
   |           Plaintiff,           | **[PROPOSED]**
14 |                                | **ORDER GRANTING**
   |       v.                       | **MOTION TO INTERVENE**
15 |                                |
   | MCKINNEY GRIFF., INC., THE MERRITT |
16 | RESTAURANT, INC.,  MERRITT BAKERY  |
   | CAFÉ, LLC dba MERRITT RESTAURANT   |
17 | & BAKERY                           |
18 |           Defendants.              |

19

20     This Court has reviewed the Motion to Intervene and supporting papers brought by

21 JERRY GALLON.  Having considered the arguments therein and finding good cause,

22     **IT IS HEREBY ORDERED** that the Motion to Intervene is **GRANTED**.

23

24     The Clerk of the Court is instructed to file JERRY GALLON's Complaint in

25 Intervention in the above-captioned matter.

26

27

28

1  Dated: November __, 2011

2

3  _____
   UNITED STATES DISTRICT COURT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28