AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-11-4468 EDL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* McKinney-Griff, Inc dba Merritt Restaurant & Bakery
was received by me on *(date)* 09/27/2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Susan Sotelo, manager for Patricia Griffis, agent , who is
designated by law to accept service of process on behalf of *(name of organization)* McKinney-Griff,Inc.dba Merritt
Restaurant & Bakery, 203 E.18th St.,Oakland, CA @10:15a on *(date)* 10/06/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/06/2011

*Server's signature*

Larry Tisdall, Reg. No. 1085, San Francisco Co.
*Printed name and title*

Western Attorney Services
75 Columbia Square
San Francisco, CA 94103
415-487-4140
*Server's address*

Additional information regarding attempted service, etc:

## PROOF OF SERVICE BY MAIL

**RE: Gallon v Merritt Bakery**
**Case No.: CV-11-4468 EDL**

**I, the undersigned, declare that:**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years, and not a party to the within entitled action. My business address is Western Attorney Services, 75 Columbia Square, in San Francisco, California.

On October 6, 2011, I served the foregoing documents described as:

- SUMMONS
- FIRST AMENDED COMPLAINT
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- ADR DISPUTE RESOLUTION PROCEDURES, AND RELATED FORMS
- AMENDED NOTICE OF MOTION AND MOTION TO INTERVENE
- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE
- DECLARATION OF JINNY KIM IN SUPPORT OF MOTION TO INTERVENE
- MAGISTRATE JUDGE ELIZABETH LAPORTE'S STANDING ORDER
- MAGISTRATE JUDGE ELIZABETH LAPORTE'S ORDER RE: DISCOVERY PROCEDURES
- STANDING ORDER FOR ALL JUDGES IN THE NORTHERN DISTRICT OF CALIFORNIA
- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

in a sealed envelope with proper postage thereon fully prepaid and placed said envelope in the U.S. Mail at San Francisco, CA, addressed as follows:

**Patricia Griffis**
**McKinney-Griff, Inc. dba**
**Merritt Restaurant & Bakery**
203 East 18th St.
Oakland, CA 94606

   I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California, on:

Date:   October 6, 2011

Signed: *Jennifer Hickey*
   Jennifer Hickey
   Western Attorney Services