1  Jinny Kim, State Bar No. 208953
   Tamika L. Butler, State Bar No. 269576
2  The LEGAL AID SOCIETY –
      EMPLOYMENT LAW CENTER
3  180 Montgomery Street, Suite 600
   San Francisco, CA 94104
4  Telephone:  (415) 864-8848
   Facsimile:  (415) 593-0096
5  Emails:     jkim@las-elc.org
               tbutler@las-elc.org
6

7  Attorneys for Plaintiff-Intervenor
   JERRY GALLON
8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | U.S. EQUAL EMPLOYMENT            | Case No. CV 11-4468  RS
   | OPPORTUNITY COMMISSION,
13 |
   |           Plaintiff,             | [PROPOSED]
14 |                                  | ORDER GRANTING
   |     v.                           | MOTION TO INTERVENE
15 |
   | MCKINNEY GRIFF., INC., THE MERRITT
16 | RESTAURANT, INC.,  MERRITT BAKERY
   | CAFÉ, LLC dba MERRITT RESTAURANT
17 | & BAKERY
18 |
   |           Defendants.
19

20     This Court has reviewed the Motion to Intervene and supporting papers brought by

21 JERRY GALLON.  Having considered the arguments therein and finding good cause,

22     **IT IS HEREBY ORDERED** that the Motion to Intervene is **GRANTED**.

23

24     The Clerk of the Court is instructed to file JERRY GALLON's Complaint in

25 Intervention in the above-captioned matter.

26

27

28

Dated: ~~December~~ November 29, __, 2011

_____
UNITED STATES DISTRICT COURT JUDGE