Jinny Kim, State Bar No. 208953
Tamika L. Butler, State Bar No. 269576
The LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:   (415) 864-8848
Facsimile:    (415) 593-0096
Emails:        jkim@las-elc.org
                  tbutler@las-elc.org

Attorneys for Plaintiff-Intervenor
JERRY GALLON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. CV 11-4468 RS |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION TO INTERVENE |
| v. | |
| MCKINNEY GRIFF., INC., THE MERRITT RESTAURANT, INC., MERRITT BAKERY CAFÉ, LLC dba MERRITT RESTAURANT & BAKERY | |
| Defendants. | |

This Court has reviewed the Motion to Intervene and supporting papers brought by JERRY GALLON. Having considered the arguments therein and finding good cause,

**IT IS HEREBY ORDERED** that the Motion to Intervene is **GRANTED**.

The Clerk of the Court is instructed to file JERRY GALLON's Complaint in Intervention in the above-captioned matter.

1  Dated: ~~December~~ November 29, __, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28