*(Counsel Listed on Next Page)*

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 3:11-cv-04468-RS |
| Plaintiff, | | |
| vs. | | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| McKINNEY GRIFF, INC. et al | | |
| Defendants. | | **Date: January 5, 2012**<br>**Time: 10:00 a.m.**<br>**Judge: Hon. Richard Seeborg** |

WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone No.: (415) 625-5651
Fax No.: (415) 625-5657
Marcia.Mitchell@eeoc.gov
Attorneys for Plaintiff EEOC

JINNY KIM, State Bar No. 208953
TAMIKA L. BUTLER, State Bar No. 269576
The LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone: (415) 864-8848
Fax No.: (415) 593-0096
Emails:  jkim@las-elc.org
         tbutler@las-elc.org
Attorneys for Plaintiff-Intervenor

PAUL V. SIMPSON, State Bar No. 83878
KENDALL, M. BURTON, State Bar No. 228720
SIMPSON, GARRITY, INNES & JACUZZI
601 Gateway Blvd, Suite 950
South San Francisco, CA  94080
Telephone: (650) 615-4860
Fax No.: (650) 615-4861
Emails:  psimpson@sgilaw.com
         kburton@sgilaw.com
Attorneys for Defendants

Stip.and [Proposed] Order to Continue Dates
Case No.:  3:11-cv-04468-RS

1  IT IS HEREBY STIPULATED by and between Plaintiff, U.S. Equal Employment
2  Opportunity Commission, Plaintiff-Intervenor, Jerry Gallon, and Defendants, McKinney-Griff,
3  Inc. dba Merritt Restaurant & Bakery, The Merritt Restaurant, Inc., Merritt Bakery Café, LLC
4  dba Merritt Restaurant & Bakery, (collectively, "the Parties"), through their respective counsel
5  of record, as follows:

WHEREAS, the Parties have been in communication and have agreed to engage in early settlement discussions in an effort to resolve this lawsuit;

WHEREAS, Defendants have represented to Plaintiff and Plaintiff-Intervenor that their financial condition is precarious and they are trying to keep the costs of litigation to a minimum;

WHEREAS, the Plaintiff and Plaintiff-Intervenor have agreed to grant Defendants an extension of the deadline for filing their Answer to Plaintiff's First Amended Complaint until after the court rules on Plaintiff-Intervenor's unopposed Motion to Intervene which is scheduled for hearing on December 22, 2011;

WHEREAS, the Parties would like to avoid the expense and inconvenience of litigating this case at the same time the parties are negotiating settlement;

THEREFORE, the parties stipulate to and respectfully request a two-month continuance of the Case Management Conference from January 5, 2012 to March 8, 2012; the Joint Case Management Statement would be due on March 1, 2012. The Parties will use the intervening period to negotiate in good faith to try to resolve the lawsuit, utilizing the court's ADR programs to the extent necessary and feasible.

The parties also respectfully request that the court issue an order on Plaintiff-Intervenor's unopposed Motion to Intervene without a hearing to avoid the need for counsel to appear personally.

///

***signatures on following page***

Stip.and [Proposed] Order to Continue Dates
Case No.:  3:11-cv-04468-RS

Respectfully submitted,

Dated:  November 28, 2011                          _____//s//Marcia L. Mitchell_____
                                                   MARCIA L. MITCHELL
                                                   Attorney for Plaintiff EEOC

Dated:  November 28, 2011                          _____//s//Jinny Kim_____
                                                   JINNY KIM
                                                   Attorney for Jerry Gallon

Dated:  November 28, 2011                          _____//s//Kendall Burton_____
                                                   KENDALL BURTON
                                                   Attorney for Defendants

    E-filing concurrence:  I, Marcia L. Mitchell, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Jinny Kim, attorney for Jerry Gallon, and Kendall Burton, attorney for Defendants, for the filing of this pleading.

Dated:     November 28, 2011

  /S/ Marcia L. Mitchell
MARCIA L. MITCHELL
Senior Trial Attorney

Stip.and [Proposed] Order to Continue Dates
Case No.:  3:11-cv-04468-RS

# [~~PROPOSED~~] ORDER

For good cause shown and pursuant to the Stipulation of the Parties it is hereby ordered that the Case Management Conference will be continued for two-months and shall be held on March 8, 2012 in the event that the parties are not able to successfully settle the case. The parties shall file a Joint Case Management Conference Statement at least one week prior to the Conference.

**IT IS SO ORDERED.**

Dated: 12/22/11

_____
RICHARD SEEBORG
United States District Court Judge

Stip.and [Proposed] Order to Continue Dates
Case No.:  3:11-cv-04468-RS

- 5 -

Case3:11-cv-04468-RS   Document31   Filed12/22/11   Page5 of 5

# [~~PROPOSED~~] ORDER

For good cause shown and pursuant to the Stipulation of the Parties it is hereby ordered that the Case Management Conference will be continued for two-months and shall be held on March 8, 2012 in the event that the parties are not able to successfully settle the case. The parties shall file a Joint Case Management Conference Statement at least one week prior to the Conference.

**IT IS SO ORDERED.**

Dated: 12/22/11

_____
RICHARD SEEBORG
United States District Court Judge

Stip.and [Proposed] Order to Continue Dates
Case No.:  3:11-cv-04468-RS

- 5 -