*E-Filed 2/23/12*

1   *(Counsel Listed on Next Page)*

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT FOR

9              THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Case No.:  3:11-cv-04468-RS |
| Plaintiff, | ) ) ) | **STIPULATION AND [~~PROPOSED~~]** |
| vs. | ) ) ) | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| McKINNEY GRIFF, INC. et al | ) ) | |
| Defendants. | ) ) ) ) ) | **Date:  March 8, 2012** **Time:  10:00 a.m.** **Judge: Hon. Richard Seeborg** |

Stip.and [~~Proposed~~] Order to Continue Dates
Case No.:  3:11-cv-04468-RS

WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone No.: (415) 625-5651
Fax No.: (415) 625-5657
Marcia.Mitchell@eeoc.gov
Attorneys for Plaintiff EEOC

JINNY KIM, State Bar No. 208953
TAMIKA L. BUTLER, State Bar No. 269576
The LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone: (415) 864-8848
Fax No.: (415) 593-0096
Emails:  jkim@las-elc.org
         tbutler@las-elc.org
Attorneys for Plaintiff-Intervenor

PAUL V. SIMPSON, State Bar No. 83878
KENDALL, M. BURTON, State Bar No. 228720
SIMPSON, GARRITY, INNES & JACUZZI
601 Gateway Blvd, Suite 950
South San Francisco, CA  94080
Telephone: (650) 615-4860
Fax No.: (650) 615-4861
Emails:  psimpson@sgilaw.com
         kburton@sgilaw.com
Attorneys for Defendants

Stip.and [Proposed] Order to Continue Dates
Case No.:  3:11-cv-04468-RS

- 2 -

IT IS HEREBY STIPULATED by and between Plaintiff, U.S. Equal Employment Opportunity Commission,  Plaintiff-Intervenor, Jerry Gallon, and Defendants, McKinney-Griff, Inc. dba Merritt Restaurant & Bakery, The Merritt Restaurant, Inc., Merritt Bakery Café, LLC dba Merritt Restaurant & Bakery, (collectively, "the Parties"), through their respective counsel of record, as follows:

WHEREAS, the Parties are in communication and are engaging in early settlement discussions in an effort to resolve this lawsuit;

WHEREAS, Defendants have represented to Plaintiff and Plaintiff-Intervenor that their financial condition is precarious and they are trying to keep the costs of litigation to a minimum;

WHEREAS, the Parties would like to avoid the expense and inconvenience of litigating this case at the same time the parties are negotiating settlement;

WHEREAS, the Parties intend to submit a stipulation to the Court seeking a referral to the ADR program;

THEREFORE, the Parties stipulate to and respectfully request a two-month continuance of the Case Management Conference from March 8, 2012 to May 10, 2012; the Joint Case Management Statement would be due on May 3, 2012.  The Parties will use the intervening period to negotiate in good faith to try to resolve the lawsuit and utilize the court's ADR program.

*** *signatures on following page****

Stip.and [Proposed] Order to Continue Dates
Case No.:  3:11-cv-04468-RS

Respectfully submitted,


Dated:  February 23, 2012          _____//s// Jinny Kim
                                    JINNY KIM
                                    Attorney for Jerry Gallon


Dated:  February 23, 2012          _____//s// Jonathan Peck
                                    JONATHAN PECK
                                    Attorney for Plaintiff EEOC

Dated:  February 22, 2012          _____//s// Kendall Burton
                                    Kendall Burton
                                    Attorney for Defendants



      E-filing concurrence:  I, Jinny Kim, attorney for Plaintiff-Intervenor Jerry Gallon, attest

that I have obtained the concurrence of Jonathan Peck, attorney for Plaintiff EEOC, and Kendall

Burton, attorney for Defendants, for the filing of this pleading.


Dated:      February 23, 2012


  /S/ Jinny Kim
JINNY KIM

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

For good cause shown and pursuant to the Stipulation of the Parties, it is hereby ordered that the Case Management Conference will be continued for two-months and shall be held on May 10, 2012 in the event that the parties are not able to successfully settle the case.  The parties shall file a Joint Case Management Conference Statement at least one week prior to the Conference.

**IT IS SO ORDERED.**

Dated: February 23, 2012

RICHARD SEEBORG
United States District Court Judge

Stip.and [Proposed] Order to Continue Dates
Case No.:  3:11-cv-04468-RS