**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, | No. C 11-04468 RS |
| Plaintiffs, | **STANDBY ORDER OF DISMISSAL** |
| v. | |
| McKinney-Griff, Inc., et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **July 6, 2012**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 12, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:  5/18/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

NO. C 11-04468 RS
STANDBY ORDER OF DISMISSAL