IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, | No. C 11-04468 RS |
| Plaintiffs,<br>v.<br>McKinney-Griff, Inc., et al.,<br>Defendants. | **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 6, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 12, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 5/18/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE