IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>And JERRY GALLON,<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>MCKINNEY GRIFF, INC., THE MERRITT RESTAURANT, INC., and MERRITT BAKERY CAFÉ, LLC, d/b/a MERRITT RESTAURANT & BAKERY,<br><br>    Defendants.<br>_____/ | No. C 11-04468 RS<br><br>**ORDER APPROVING AND ENTERING CONSENT DECREE** |

The consent decree filed by the parties in the above-captioned case is hereby approved and entered by the Court without modification. (*See* Dkt. No. 42). As per the terms of the consent decree, the Court shall retain jurisdiction over the subject matter and the parties to this action for the duration of the consent decree. Should any further proceedings be required, the parties are directed to petition the Court to reopen the case. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: 6/12/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE